UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **RONNIE WILLIAMS, ET AL** | **CASE NO. 2:17-CV-00866** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CELADON TRUCKING SERVICES, INC., ET AL** | **MAGISTRATE JUDGE KAY** |

## 60 DAY JUDGMENT OF DISMISSAL

Having been informed that the above captioned suit has settled, it is

**ORDERED, ADJUDGED AND DECREED** that this action is hereby dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate judgment of dismissal as soon as the settlement documents are executed. If no motion is filed to reopen, the case is officially closed and the Clerk of Court shall be relieved from the responsibility of sending out further notice in this matter.

**THUS DONE** in Chambers on this 31st day of July, 2019.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE